DANIEL G. BOGDEN
United States Attorney
District of Nevada

TINA R. SALADINO
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8991
Facsimile: (415) 744-0134
Email: Tina.Saladino@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:13-cv-1863-JAD-VCF<br>_____<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal due on March 7, 2014, by 45 days, through and including April 21, 2014. This is Defendant's first request for an extension.

1    Due to a medical emergency, undersigned counsel will be out of the office
2 for an extended period. This request is made in good faith with no intention to
3 unduly delay the proceedings.
4    Counsel for Defendant conferred with Plaintiff's counsel, Marc Kalagian,
5 who stated he had no objection to this motion, on February 26, 2014.
6    Respectfully submitted this 26th day of February 2014.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Tina R. Saladino*
        TINA R. SALADINO
        Special Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

        **IT IS SO ORDERED:**

        _____
        HON. CAM FERENBACH
        UNITED STATES MAGISTRATE JUDGE

        DATED:  2-27-2014

# CERTIFICATE OF SERVICE

I, Tina Saladino, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Marc, V. Kalagian, Esq.
Rohfling & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, California 90802
Marc.kalagian@rksslaw.com

Dated this 26th day of February 2014.

                                   */s/ Tina R. Saladino*
                                   TINA R. SALADINO
                                   Special Assistant United States Attorney