# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Catherine J. Woods,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:13-cv-01863-JAD-VCF<br><br>**Order Adopting Report and Recommendation [# 22], Denying Motion for Reversal [# 15], and Granting Cross-Motion to Affirm [# 20]** |

Magistrate Judge Cam Ferenbach entered a report and recommendation on June 13, 2014, recommending that plaintiff Catherine Woods's motion for reversal or remand [#15] be denied and defendant's cross-motion to affirm the Social Security Commissioner's denial of Woods's application for supplemental social security income [#20] be granted. Objections were due June 30, 2014. Woods has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Ferenbach's report and recommendation **[#22] is ADOPTED;**

It is further ORDERED that plaintiff Woods's motion for reversal and/or remand [#15] **is DENIED;**

1

It is further ORDERED that defendant Colvin's cross-motion to affirm the Commissioner's decision **[#20] is GRANTED.**

The Clerk of Court is directed to close this case.

DATED July 29, 2014.

_____
Jennifer A. Dorsey
United States District Judge

2